**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUZANNE VON ACHEN,

       Plaintiff,

v.                                                                    Case No:   6:25-cv-1950-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

---

**ORDER**

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment With Remand.   Doc. No. 18.   The Commissioner moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), such that "the administrative law judge will be instructed to comply further with the court order, proceed through the sequential evaluation process, and issue a new decision." *Id.* at 1. Plaintiff does not object. *Id.*

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Commissioner's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 18) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and REMANDED for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -